63 A.3d 222

IN THE MATTER OF AMEDEO A. GAGLIOTI, AN ATTORNEY AT LAW (ATTORNEY NO. 014981982).

April 18, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–390, recommending on the record certified to the Board pursuant to *Rule* 1:20-4(f)(default by respondent) that **AMEDEO A. GAGLIOTI,** formerly of **MORRISTOWN,** who was admitted to the bar of this State in 1982, and who has been temporarily suspended from the practice of law since November 17, 2010, be disbarred for violating *RPC* 1.15(a)(failure to safeguard funds), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **AMEDEO A. GAGLIOTI** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **AMEDEO A. GAGLIOTI** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **AMEDEO A. GAGLIOTI** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided